Ja Vonne M. Phillips, Esq. SBN 187474
Christelle N. Ramseyer, Esq. SBN 265571
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Litton Loan Servicing LP, it assignees and/or successors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:10-bk-13863-MT |
| | ) |
| | ) Chapter 13 |
| Vic Ocampo | ) |
| | ) |
|     Debtor, | ) **OBJECTION TO CONFIRMATION** |
| | ) **OF CHAPTER 13 PLAN** |
| | ) |
| | ) **341(a) Meeting of Creditors:** |
| | ) Date: 5/12/2010 |
| | ) Time: 11:00 AM |
| | ) Place: RM 105, 21051 Warner Center |
| | ) Lane |
| | )     Woodland Hills CA |
| | ) |
| | ) |
| | ) **Confirmation Hearing:** |
| | ) Date: 6/22/2010 |
| | ) Time: 9:30 AM |
| | ) Ctrm: 302, 3rd |
| | ) Place: 21041 Burbank Boulevard |
| | )     Woodland Hills CA |
| | ) |
| | ) |
| | ) Judge: Maureen Tighe |

1    Litton Loan Servicing LP, its assignees and/or successors, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtor") Vic Ocampo.

2    1.    This objecting Secured Creditor services is entitled to receive payments pursuant to a Promissory Note which matures on 2/1/2037 and is secured by a Deed of Trust on the subject property commonly known as 9748 Lev Avenue, Los Angeles, CA 91331.  As of 4/2/2010, the amount in default was $35,451.97, as described in the Proof of Claim filed by this Secured Creditor on or about 4/13/2010, incurred with respect to the default.  **See Exhibit "1"**

3    2.    The proposed Plan does not set forth a reasonable schedule and time period for the payment of the arrearages owed to Secured Creditor.  The payoff period and monthly repayment amount proposed by the Debtor exceeds a reasonable arrangement in light of Debtor's past non-payment history.  Debtor allege in the Plan that the arrears owed to Secured Creditor are in the amount of $29,500.00, while in fact the actual arrears owed are in the amount of $35,451.97, as set forth in the Proof of Claim.  To cure the pre-petition arrearages of $35,451.97 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $590.87 per month from the Debtor through the Plan. The proposed Plan calls for payments of $491.67 per month for 60 months, for a total of $29,500.00. The Plan also calls for payments of $685.00 to the Trustee.  Debtor does not have sufficient funds available to cure the arrears over the term of the Plan within 60 months. Clearly, the Plan is not feasible.  A true and correct copy of Debtor's Schedules I and J is attached hereto as **Exhibit "2"**.

4    3.    Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

///
///
///
///
///

CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

McCarthy & Holthus, LLP

By: /s/ Christelle N. Ramseyer, Esq.
Attorney for Secured Creditor
Litton Loan Servicing LP

| In re: Vic Ocampo, | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13863-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document described <u>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN; PROOF OF CLAIM</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **M_EfileDate** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| UNITES STATES TRUSTEE | TRUSTEE | COUNSEL FOR DEBTOR |
|---|---|---|
| Ustpregion16.wh.ecf@usdoj.gov | Elizabeth (SV) F Rojas | Leroy Bishop Austin |
|  | cacb_ecf_sv@ch13wla.com | lbishopbk@yahoo.com |

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **M_MailDate** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed*.*

DEBTOR - Vic Ocampo, 9748 Lev Avenue, Pacoima, CA 91331

JUDGE'S COPY - The Honorable Judge, Maureen Tighe, United States Bankruptcy Court - San Fernando Valley Division, 21041 Burbank Blvd, Suite 325, Woodland Hills, CA, 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **M_MailDate** | **M_MailStaff** | **/s/ M_MailStaff** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re: Vic Ocampo, | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-13863-MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SPECIAL NOTICE**

**Joe M Lozano, Jr**
**notice@bkcylaw.com**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**