UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LA, SAN FERNANDO DIVISION

IN RE:   VIC OCAMPO                                              Chapter 13
                                                                 Case Number:  10-13863MT

Debtor(s).

WITHDRAWAL OF PROOF OF CLAIM

    Creditor, American InfoSource LP as agent for T Mobile/T-Mobile USA Inc, hereby withdraws its Proof of Claim, filed on 04/08/2010, marked as claim number 1 on the court's claims register, for the account number ending in 1327, and in the amount of $618.29.

Dated:  05/18/2010

/s/ Blake Hogan
_____

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

Reference Number:   2763256Withdraw

1327