| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-13863-MT |
| In re<br><br>Vic Ocampo<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Vic Ocampo__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __04/02/2010__ .

2. I am the owner of real property[1] at the following street address:

   __9746 Lev Avenue__

   __Pacoima, Ca 91331__                                                         (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of __Litton Loan Servicing__ .

   b. Second deed of trust in favor of __None__ *(if applicable)*.

   c. Third deed of trust in favor of __None__ *(if applicable)*.

*(Continued on next page)*

---

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                      **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re                     |            | CHAPTER 13                        |
|---------------------------|------------|-----------------------------------|
| Vic Ocampo                | Debtor(s). | CASE NUMBER 1:10-bk-13863-MT      |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Litton Loan Servicing<br>PO BOX 4387<br>Houston, TX 77210 | $2,677.50 | 1-15th May 2010 | 05/11/2010 |
|  | $2,677.50 | 1-15th June 2010 | 06/08/2010 |
|  | $2,677.50 | 1-15th July 2010 | 07/15/2010 |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

1  L. Bishop Austin, Esq. (SBN 175497)
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
4  Email: lbishopbk@yahoo.com
   Attorney for Debtor(s)

5                          **UNITED STATES BANKRUPTCY COURT**

6              **CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION**

7
   In Re:                            | **CHAPTER 13**
8                                    | CASE NO: 1:10-bk-13863-MT
   Vic Ocampo
9                                    | DECLARATION RE: MORTGAGE PAYMENT SENT
              Debtor(s)              | TO LENDER(s)
10                                   | [NO HEARING REQUIRED]
11

12
13  I, Vic Ocampo, am the debtor in this case, and the statements made herein are true and of my own
14  knowledge and if called upon and sworn, I could and would testify competently thereto.
15      On July 15, 2010 I purchased and sent the mortgage payment $2,677.50 to my lender Litton
16  Loan Servicing, to the following address: PO BOX 4387 Houston, TX 77210. See attached copy of the
17  money order(s).
18      This payment is for the month of July, 2010.
19  I declare under penalty of perjury under the laws of the United States of America that the foregoing is
20  true and correct.
21
22  Dated: August 23, 2010                           _____
                                                              Debtor
23
24
25
26
27
28

PURPOSE/REMITTER: 0019159797

**usbank**
Five Star Service Guaranteed

**CASHIER'S CHECK**    No. 5906500945    90-3582 / 1222

DATE: JULY 15, 2010

PAY    TWO THOUSAND SIX HUNDRED SEVENTY SEVEN DOLLARS AND 50 CENTS

$ 2,677.50

TO THE ORDER OF:    LITTON LOAN SERVICING

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

Location: 5906 MISSION HILLS RALPHS

U.S. Bank National Association
Minneapolis, MN 55480

---

THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED ON THE BACK. THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT BORDER. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

**usbank**
Five Star Service Guaranteed

**CASHIER'S CHECK**    No. 5906500945    90-3582 / 1222

DATE: JULY 15, 2010

PAY    TWO THOUSAND SIX HUNDRED SEVENTY SEVEN DOLLARS AND 50 CENTS

$ 2,677.50

TO THE ORDER OF:    LITTON LOAN SERVICING

PURPOSE/REMITTER: 0019159797

Location: 5906 MISSION HILLS RALPHS

AUTHORIZED SIGNATURE

U.S. Bank National Association
Minneapolis, MN 55480

⑆5906500945⑆ ⑈122235821⑈ 153410023953⑈