UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION
ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE

TO:    Clerk of the Court
       21041 Burbank Blvd.
       Woodland Hills, CA  91367-1367

DATE:         11/15/2010
CASE NO.:     10-13863-MT
BAR DATE:     11/22/2010
% TO UNSEC:   0.00%

## NOTICE OF INTENT TO PAY CLAIMS

IN THE MATTER OF:  Vic Ocampo, 9748 Lev Avenue, Pacoima, CA  91331

NOTICE IS HEREBY GIVEN TO DEBTOR AND, IF ANY, COUNSEL FOR DEBTOR THAT THE TRUSTEE INTENDS TO PAY ALL CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS AN OBJECTION IS PROPERLY FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE.

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0000 | Vic Ocampo | 9748 Lev Avenue<br>Pacoima, CA  91331 | | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0000 | L BISHOP AUSTIN & ASSOCIATES | 3250 Wilshire Boulevard, #1500<br>Los Angeles, CA  90010-1502 | | $2,000.00 | $2,000.00 | 0.00 | UNSPECIFIED CLASS |
| 0001 | LITTON LOAN SERVICING LP<br>ACCT# 9797 | PO BOX 4387<br>HOUSTON, TX  77210-4387 | 04/14/2010 | $35,451.97 | $35,451.97 | 0.00 | RESIDENCE |
| 0002 | Modern Finance<br>ACCT# 010-225295 | 15315 Magnolia Blvd., Ste 128<br>Sherman Oaks, CA  91403 | 07/26/2010 | $4,700.00 | $4,589.00 | 5.00 | SECURED |
| 0003 | CR Evergreen, LLC<br>ACCT# 0291 | MS 550<br>PO Box 91121<br>Seattle, WA  98111-9221 | 06/04/2010 | $8,550.00 | $8,548.69 | 0.00 | UNSECURED |
| 0004 | CAPITAL ONE BANK (USA), N.A.<br>ACCT# 3286 | BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC  28272-1083 | 06/08/2010 | $6,100.00 | $6,270.93 | 0.00 | UNSECURED |
| 0005 | PRA Receivables Management LLC As Agent Of<br>ACCT# 1578 | Portfolio Recovery Associates LLC<br>POB 12914<br>Norfolk, VA  23541 | 07/08/2010 | $1,560.00 | $2,061.78 | 0.00 | UNSECURED |
| 0006 | Deparment of Eduction<br>ACCT# 0929 | PO BOX 7063<br>Utica, NY  13504 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0007 | SALLIE MAE GUARANTEE SERVICES, INC.<br>ACCT# 0929 | P O BOX 7167<br>MC 8303 (USAF)<br>INDIANAPOLIS, IN  46206-7167 | 04/29/2010 | $7,851.00 | $8,383.02 | 0.00 | UNSECURED |
| 0008 | CR Evergreen, LLC<br>ACCT# 0736 | MS 550<br>PO Box 91121<br>Seattle, WA  98111-9221 | 04/19/2010 | $5,540.00 | $5,684.33 | 0.00 | UNSECURED |
| 0009 | WELLS FARGO BANK, N.A.<br>ACCT# 174570483 | P O BOX 14487<br>REMITTANCE PROCESSING<br>DES MOINES, IA  50306 | 04/14/2010 | $1,500.00 | $1,539.45 | 0.00 | UNSECURED |
| 0010 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>ACCT# 1327 | T MOBILE/T-MOBILE USA INC<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | 04/08/2010 | WITHDRAWN | $0.00 | 0.00 | UNSECURED |

|  |  |
|---|---|
| TOTAL PRIORITY: | $2,000.00 |
| TOTAL SECURED: | $40,040.97 |
| TOTAL UNSECURED: | $32,488.20 |
| TOTAL ALL CLAIMS: | $74,529.17 |

NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

* * * **EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY** * * *

| | | | |
|---|---|---|---|
| 0006 | Deparment of Eduction<br>ACCT# 0929 | PO BOX 7063<br>Utica, NY  13504 | NO CLAIM FILED |
| 0010 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>ACCT# 1327 | T MOBILE/T-MOBILE USA INC<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | WITHDRAWN |

DATED: November 19, 2010

_____
Elizabeth Rojas, Trustee

NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on November 19, 2010, I mailed and/or electronic copies were served to:

| | |
|---|---|
| Vic Ocampo<br>9748 Lev Avenue<br>Pacoima, CA 91331 | L BISHOP AUSTIN & ASSOCIATES<br>3250 Wilshire Boulevard, #1500<br>Los Angeles, CA 90010-1502 |
| Clerk of the Court<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367-1367 | |

Executed at Sherman Oaks, California on November 15, 2010.

_____
Ellen Heery
Claims Administrator